1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6878
7      Facsimile: (415) 436-7234
       Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,         )   No. 3-08-70408 MEJ
                                      )
15        Plaintiff,                  )
                                      )
16     v.                             )   STIPULATION and (PROPOSED)
                                      )   ORDER EXCLUDING TIME
17  MIRSAD NEZIRI,                    )
                                      )
18        Defendant.                  )
                                      )
19  _____

20        The United States of America, by and through its attorneys, Joseph P. Russoniello,
21  United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S.
22  Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in
23  open court on July 9, 2008 before Magistrate Judge Nandor Vadas that the time period between
24  July 9, 2008 and July 16, 2008, should be excluded from the calculation of time in which the
25  above captioned case must be presented to a Grand Jury under Federal Rule of Criminal
26  Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.
27
28

Order Excluding Time
3-08-70408 MEJ

1        The ground for this exclusion is that the parties need additional time in which to
2  review and discuss the case. The parties agree that the ends of justice served by the exclusion of
3  this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant
4  to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

DATED: July 14, 2008                      Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                                /s/

                                        Elise Becker
                                        Assistant United States Attorney

SO ORDERED.
DATED: 7-15-08

                                   UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70408 MEJ