| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 3 min | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | Brenda Tolbert | | | 9:44 - 9:45 - 10:04 - 10:06 | | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER | |
| HON. MARIA-ELENA JAMES | | July 23, 2008 | | | ☐ | 3-08-70408 MEJ | |

| APPEARANCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☐ RET. ☐ | |
| MIRSAD NEZIRI | | 32 | Y | P | Peter Wolf | | APPT. ☐ | |
| U.S. ATTORNEY | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D | |
| Elise Becker | | | | | | | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | | |
| | Josh Libby | | | | | | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☒ | PRELIM HRG NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS | |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT NOT HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER | |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | **FILED** |

| ARRAIGNMENT | | | | | |
|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | JUL 23 2008 |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES PASSPORT SURRENDERED DATE: | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

| PROPERTY TO BE POSTED | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|
| ☐ CASH $ | | | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | |
|---|---|

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: 8-6-08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET | |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | | ☐ OTHER | |
| BEFORE HON. JCS | ☐ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |

| ADDITIONAL PROCEEDINGS | |
|---|---|

BT, PTS, KAREN