1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6878
7  Facsimile: (415) 436-7234
   Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. 3-08-70408 MEJ
                                     )
15       Plaintiff,                  )
                                     )
16       v.                          )   STIPULATION and ~~(PROPOSED)~~
                                     )   ORDER EXCLUDING TIME
17  MIRSAD NEZIRI,                   )
                                     )
18       Defendant.                  )
                                     )
19

20
         The United States of America, by and through its attorneys, Joseph P. Russoniello,
21
    United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S.
22
    Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in
23
    open court on July 23, 2008 before Magistrate Judge Maria-Elena James that the time period
24
    between July 23, 2008 and August 6, 2008, should be excluded from the calculation of time in
25
    which the above captioned case must be presented to a Grand Jury under Federal Rule of
26
    Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.
27

28

    Order Excluding Time
    3-08-70408 MEJ

1   The ground for this exclusion is that the parties need additional time in which to
2   review and discuss the case. The parties agree that the ends of justice served by the exclusion of
3   this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant
4   to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

DATED: July 23, 2008              Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                           /s/
                                  _____
                                  Elise Becker
                                  Assistant United States Attorney

SO ORDERED.

DATED: July 23, 2008

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70408 MEJ