| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN163973)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>Assistant United States Attorney |

**FILED**

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6878
Facsimile: (415) 436-7234
Email: elise.becker@usdoj.gov

ORIGINAL

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-08-70408 MEJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION and (PROPOSED)<br>ORDER EXCLUDING TIME |
| MIRSAD NEZIRI, | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S. Attorney, and defendant Mirsad Neziri, by and through his attorney, Paul Wolf, stipulated in open court on August 6, 2008 before Magistrate Judge Bernard Zimmerman that the time period between August 6, 2008 and August 15, 2008, should be excluded from the calculation of time in which the above captioned case must be presented to a Grand Jury under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161.

Order Excluding Time
3-08-70408 MEJ

1     The ground for this exclusion is that the parties need additional time in which to
2 review and discuss the case. The parties agree that the ends of justice served by the exclusion of
3 this time outweigh the best interest of the public and the defendant in a speedy trial, all pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iii) and (iv).

5

6 DATED: August 6, 2008                Respectfully submitted,

7                                           JOSEPH P. RUSSONIELLO
                                          United States Attorney

8                                           /s/

9

10                                           Elise Becker
                                          Assistant United States Attorney

11 SO ORDERED.

12 DATED: 6 Aug 08

13

14                                           _____
15                                           UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70408 MEJ