AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA** |

**OFFENSE CHARGED**

Title 18, United States Code, Section 1546(a)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S**

▶ UNITED STATES v. MIRSAD NEZIRI

DISTRICT COURT NUMBER

CR 08 0547 MHP

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Michael Keigwin

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
3-08-70408 BZ

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA Elise Becker

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR 08         0547 |
| Plaintiff,                        ) | |
|                                   ) | VIOLATION: 18 U.S.C. § 1546(a) -- |
| v.                                ) | Fraud and misuse of visas, permits, and other documents |
|                                   ) | |
| MIRSAD NEZIRI,                    ) | SAN FRANCISCO VENUE |
|                                   ) | |
| Defendant.                        ) | |
| _____   ) | |

INFORMATION

The United States Attorney charges:

On or about April 7, 2008, in the Northern District of California, the defendant,

MIRSAD NEZIRI,

as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribed as true a false statement with respect to a material fact in an asylum application, in violation of Title 18, United States Code, Section 1546(a).

DATED: 8-13-08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____Elise Dew_____ )
AUSA Elise Becker

INFORMATION