AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

MIRSAD NEZIRI

**FILED**
AUG 1 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-547 MHP

I, MIRSAD NEZIRI, the above named defendant, who is accused of knowingly subscribing as true a false statement with respect to a material fact in an asylum application, as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, in violation of Title 18, United States Code, Section 1546(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8/15/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
Judicial Officer