```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
MIRSAD NEZIRI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 0547 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: PREPARATION OF PROBATION REPORT |
| v. | |
| MIRSAD NEZIRI, | |
| Defendant. _____/ | |

The parties, by and through their respective counsel, hereby agree and stipulate to an order by this court directing the United States Probation Department for the Northern District of California to commence, forthwith, the investigation and preparation of an expedited pre-plea report in anticipation of a guilty plea by defendant Mirsad Neziri on September 8, 2008 and a sentencing on that plea as soon thereafter as possible.

SO STIPULATED.

___8/15/08___  ___/s/ Elise Becker/___
Date            ELISE BECKER
                Assistant United States Attorney

___8/15/08___  ___/s/ Paul Delano Wolf/___
Date            PAUL DELANO WOLF
                Attorney for Defendant

SO ORDERED.

___8/19/08___  ___/s/___
Date            HONORABLE MARILYN HALL PATEL
                United States District Court Judge